[No. 539.   Decided June 2, 1891.]

J. GARDNER KENYON v. WATSON C. SQUIRE.

*Error to District Court, King County.*

J. *Gardner Kenyon, pro se, D. O. Finch,* and *E. C. Hughes,* for plaintiff in error.

J. *C. Haines,* and *Thomas Burke* (*Andrew Woods,* of counsel), for defendant in error.

HOYT, J.—Although the facts of this case are somewhat different from those of the case of *Kenyon v. Knipe, ante,* p. 394 (just decided), yet under the law as therein announced the same conclusions must be reached, and the judgment of the court below affirmed, and it will be so ordered.

SCOTT and DUNBAR, JJ., concur.

ANDERS, C. J., concurs in the result.

STILES, J., dissents.